UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHCO TECH, LLC,<br><br>    Plaintiff(s),<br><br>v.<br><br>DOES 1-4,<br><br>    Defendant(s). | Case No.: 2:20-cv-00526-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 8] |

Pending before the Court is Plaintiff's renewed *ex parte* motion for leave to obtain discovery into the identities of the doe defendants. Docket No. 8. Given the circumstances, not serving the motion on unknown defendants makes sense. Nonetheless, Plaintiff also filed the motion on the docket with restricted access to the public. No showing has been made with respect to restricting access to the motion. Accordingly, the Clerk's Office is **INSTRUCTED** to remove the restrictions on this motion.[1]

IT IS SO ORDERED.

Dated: April 28, 2020

                                                                                             _____
                                                                                             Nancy J. Koppe
                                                                                             United States Magistrate Judge

---

[1] The Court expresses no opinion herein on the merits of the motion.