UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHCO TECH, LLC,<br><br>          Plaintiff(s),<br><br>v.<br><br>DOES 1-4,<br><br>          Defendant(s). | Case No.: 2:20-cv-00526-APG-NJK<br><br>**ORDER**<br><br>[Docket Nos. 8, 10] |

Pending before the Court is Plaintiff's renewed *ex parte* motion for leave to obtain discovery into the identities of the doe defendants. Docket No. 8. Plaintiff represented in a filing that it has identified through other means the owner/operator of the alleged infringing website at issue in this case. Docket No. 11 at 3. Based on the representation that Plaintiff has now identified the doe defendants in this case, the motion for early discovery (Docket No. 8) is **DENIED** as moot.

Also pending before the Court is Plaintiff's motion to extend the time to effectuate service pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Docket No. 10. For good cause shown, the motion to extend (Docket No. 10) is **GRANTED** and the deadline to effectuate service is **EXTENDED** to September 11, 2020.

IT IS SO ORDERED.

Dated: July 13, 2020

  
_____  
Nancy J. Koppe  
United States Magistrate Judge

1